IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NOU XIONG, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.   4:25-CV-00558-O |
| | § | |
| DONALD J. TRUMP, ET AL., | § | |
| | § | |
| Defendants. | § | |

# ORDER

Plaintiff has filed an emergency petition for habeas corpus on his behalf and others similarly situated. He alleges he may be removed sometime on May 25, 2025. While the Court considers its jurisdiction, as well as the merits of petitioner's requested relief, the United States is directed to respond to the requested relief as soon as possible, but **no later than May 27, 2025**. Pending further order of the Court, Defendants[1] shall ensure V.L. is not removed from the United States.[2]

Petitioner is directed to notify the United States Attorney for the Northern District of Texas of his lawsuit and of this Order. He shall file a notice on the docket of this case explaining how he complied with providing notice.

**Signed** on this **25th day** of **May, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] This directive does not apply to Defendant President Donald Trump as it is unlikely he is subject to this Court's jurisdiction. *See Newdow v. Roberts*, 603 F.3d 1002, 1013 (D.C. Cir. 2010) ("With regard to the President, courts do not have jurisdiction to enjoin him and have never submitted the President to declaratory relief." (citation omitted)); *Franklin v. Massachusetts*, 505 U.S. 788, 827 (1992) (Scalia, J., concurring in part) ("[W]e cannot issue a declaratory judgment against the President. It is incompatible with his constitutional position that he be compelled personally to defend his executive actions before a court.").

[2] Petitioner seeks to represent a class of similar aliens, but without more information the Court cannot restrain defendants as to putative class members. *See A.A.R.P. v. Trump*, 605 U.S. __ (2025) (slip. op., at 5) (petitioner provided affidavits related to information as to putative class members).