IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NOU XIONG, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00558-O |
| | § | |
| DONALD J. TRUMP, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Petitioner's Motion for Temporary Restraining Order and Motion to Certify Class (ECF Nos. 3, 5). To expedite resolution of the contested issues, the Court sets an in-person hearing on **Tuesday, May 27, 2025**, at **2:00 PM** to discuss these Motions and status of the case. The hearing will convene in the **Second Floor Courtroom**, **501 W. 10th Street, Fort Worth, Texas**. Counsel for both sides are hereby **ORDERED** to appear at the hearing set above.

Petitioner is **DIRECTED** to notify the United States Attorney for the Northern District of Texas of this Order. Petitioner **SHALL** file a notice on the docket of this case explaining how he complied with providing notice.

SO ORDERED on this **26th day** of **May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE