IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NOU XIONG, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00558-O |
| | § | |
| DONALD J. TRUMP, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Petitioner's Renewed Emergency Application for a Temporary Restraining Order (ECF No. 15), filed May 26, 2025. The Court **DIRECTS** Respondents to respond to Petitioner's Motion (ECF No. 15) **by no later than 3 PM on Tuesday, May 27, 2025**.

**SO ORDERED** this **27th day** of **May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1