IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NOU XIONG, ET AL., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:25-CV-00558-O |
| DONALD J. TRUMP, ET AL., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court are Petitioner's Renewed Emergency Application for a Temporary Restraining Order ("TRO") (ECF No. 15), filed May 26, 2025; and Respondents' Response (ECF No. 18), filed May 27, 2025. Having considered the applicable law, the Court concludes that Petitioner in his renewed TRO fails to present new facts or legal authority to justify his requested relief. Accordingly, Petitioner's renewed TRO (ECF No. 15) is hereby **DENIED**.

Additionally, Respondents in their Response argue that Petitioner "cannot establish jurisdiction for any claim of his that might bar his removal under Title 8." ECF No. 18 at 7. Petitioner is hereby **DIRECTED** to respond to Respondents' alleged jurisdictional defects **by no later than June 3, 2025**.

**SO ORDERED** this **27th day** of **May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1