IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NOU XIONG, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:25-CV-00558-O |
| § | |
| DONALD J. TRUMP, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Petitioner's Emergency Motion to Transfer Venue (ECF No. 20), filed May 28, 2025. The Court **DIRECTS** Respondents to respond to Petitioner's Motion (ECF No. 20) **by no later than 5 PM on Thursday, May 29, 2025**.

**SO ORDERED** on this **28th day** of **May, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1