IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NOU XIONG, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00558-O |
| | § | |
| DONALD J. TRUMP, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Petitioner's Emergency Motion to Transfer Venue (ECF No. 20), filed May 28, 2025; and Respondents' Response (ECF No. 22), filed May 29, 2025. The Court **DIRECTS** Petitioner to file a Reply **by no later than Monday, June 2, 2025**.

**SO ORDERED** this **29th day** of **May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1